UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL BURGESS, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WESTLAKE FINANCIAL, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00661-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 5 |

　　　Before the court is Plaintiff's Application to Proceed *In Forma Pauperis.* (ECF No. 5.)

　　　According to the court's docket, Plaintiff paid the filing fee of $405.00 on December 22, 2023. (ECF No. 1.)

　　　**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 5) is **DENIED** as moot.

　　　**IT IS FURTHER ORDERED** that Plaintiff must complete and submit a summons form for each Defendant. The summons form is available on the District Court's website or from the Clerk's Office. Plaintiff is reminded that service must be completed as to Defendants Westlake Financial and Dolan Toyota on or before **March 21, 2024**, or the Defendants may be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

　　　DATED:  January 5, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE