# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARSHALL BURGESS, JR.,

                 Plaintiff,

  v.

WESTLAKE FINANCIAL, *et al.*,

                 Defendants.

3:23-cv-00661-MMD-CSD

**ORDER**

Re: ECF No. 9

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendants. (ECF No. 9.)

Good cause appearing, Plaintiff's Motion for Extension of Time to Serve Defendants (ECF No. 9) is **GRANTED**. Plaintiff shall have to and including **Friday, April 26, 2024**, in which to effectuate service on Defendants Westlake Financial and Dolan Toyota.

**IT IS SO ORDERED.**

DATED: January 24, 2024.

_____
UNITED STATES MAGISTRATE JUDGE