**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHALL BURGESS, JR., <br><br>                    Plaintiff, <br><br>v. <br><br>WESTLAKE FINANCIAL, *et al.*, <br><br>                    Defendants. | 3:23-cv-00661-CSD <br><br>**ORDER** |

As a follow-up to the Case Management Conference held on April 3, 2024 (ECF No. 29), the court advised Plaintiff that he has failed to file a response to Defendants' Motions to Dismiss (ECF Nos. 11 and 18) in this action.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motions to Dismiss (ECF Nos. 11, 18). Plaintiff is advised that the failure to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Local Rule 7-2(d).

**IT IS SO ORDERED.**

DATED: April 3, 2024.

_____
Craig S. Denney
United States Magistrate Judge