# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL BURGESS, JR., <br><br>  Plaintiff, <br><br> v. <br><br> WESTLAKE FINANCIAL, *et al.*, <br><br>  Defendants. | 3:23-cv-00661-CSD <br><br> **ORDER** <br><br> Re:  ECF No. 31 |

Before the court is Plaintiff's Motion for Enlargement of Time. (ECF No. 31.)  Defendant Dolan Toyota has filed an opposition to Plaintiff's motion. (ECF No. 32.)

Plaintiff's motion claims that his doctors are requiring him to be admitted to the hospital for specialty care of an unspecified ailment, that he will not have access to the court or law library and requests an unspecified extension of time to respond to Defendants' motions to dismiss. (ECF No. 31.) In Defendant's opposition they state that Plaintiff has been afforded more than seventy-five (75) days to file his response to the motion to dismiss and the court should not allow any further delay.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (ECF No. 31) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Tuesday, May 28, 2024**, in which to file a response to Defendants' Motions to Dismiss (ECF Nos. 11, 18). **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

DATED:  April 24, 2024.



_____
Craig S. Denney
United States Magistrate Judge